**2003–1325.  State v. Hand.**
Delaware C.P. No. 02CRI–08–366. On second application for reopening under S.Ct.Prac.R. X(6). Motion denied because the appellant failed to comply with the 90-day filing deadline in S.Ct.Prac.R. XI(6)(A).

O'CONNOR, J., not participating.

**2006–1403.  State ex rel. Ebersole v. Indus. Comm.**
Franklin App. No. 05AP–302, 2006-Ohio-3441. Sua sponte, the court will hear oral argument on this cause.

**2007–0114.  Cleveland Constr., Inc. v. Cincinnati.**
Hamilton App. Nos. C–050749, C–050779 and C–050888, 169 Ohio App.3d 627, 2006-Ohio-6452. On motion for leave to add proposition of law to pending appeal and memorandum in support. Motion denied.

**2007–1411.  State ex rel. Glasgow v. Mandel.**
In Mandamus. On answer of respondent Jones and motion for stay of proceedings of respondent Mandel.

As to respondent Mandel, the motion for stay is granted until August 14, 2008.

PFEIFER, J., would grant a stay for 90 days.

As to respondent Jones, an alternative writ is granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X.:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondent Jones shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after filing of respondent Jones's brief.

**2007–1415.  State v. Mosmeyer.**
Hamilton App. No. C–060747. On motion to hold the cause for the decision in 2007–0052, *State v. Simpkins*, Cuyahoga App. No. 87692, 2006-Ohio-6028, and stay briefing schedule. Motion granted. Briefing schedule is stayed until further notice by the court.

O'CONNOR and LANZINGER, JJ., dissent.

**2007–1762.  Lager v. Miller–Gonzalez.**
Lucas App. No. L–07–1022, 2007-Ohio-4094. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 4 of the court of appeals' *Decision and Judgment Entry* filed September 5, 2007:

"Whether, in a claim for statutory wrongful death damages against a claimant's underinsured motorists coverage, ambiguity exists in the insurance contract when the policy grants coverage for damages sustained 'because of bodily injury,' yet under an other-owned auto exclusion bars coverage for damages by the less inclusive 'for bodily injury.' "

PFEIFER, J., dissents.

LANZINGER and CUPP, JJ., not participating.

The conflict case is *Tuohy v. Taylor*, Defiance App. No. 4–06–23, 2007-Ohio-3597.

Sua sponte, cause consolidated with 2007–1760, *Lager v. Miller–Gonzalez*, Lucas App. No. L–07–1022, 2007-Ohio-4094.

**2007–1846.  State v. Gangloff.**
Hamilton App. Nos. C–060481 and C–060536, 2007-Ohio-4463. On motion for stay of execution of sentence. Motion denied.

MOYER, C.J., and CUPP, J., dissent.

**2007–1888.  State v. Roberts.**
Cuyahoga App. No. 89453. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.